McNAUL v. WEST INDIAN SECURITIES CORPORATION et al.

(Circuit Court, S. D. New York.   April 11, 1910.)

REMOVAL OF CAUSES (§ 46*)—DIVERSITY OF CITIZENSHIP—REMOVAL BY ONE OF
SEVERAL DEFENDANTS.
    A cause is not removable by one of several defendants on the ground
of diversity of citizenship alone, where no separable controversy is al-
leged or shown.

    [Ed. Note.—For other cases, see Removal of Causes, Cent. Dig. §§ 90,
91;  Dec. Dig. § 46.*]

Action by Ellery S. McNaul against the West Indian Securities
Corporation and others.   On motion to remand to state court.   Motion
granted.

Steuart & Steuart, for plaintiff.
Wing & Russell, for defendants.

WARD, Circuit Judge.   The petition for removal alleges that the
plaintiff is a citizen of the state of New York, that the petitioner is
a citizen and resident of the state of Massachusetts, and that the other
defendants who have been served with process are citizens of Dela-
ware and New Jersey.   The only ground suggested for removal is
that the controversy is wholly between citizens of different states.   As
all the defendants have not joined in the petition for removal, the cause
must be remanded.

The petitioner contends that the practice in this circuit is to permit
one defendant to remove, and cites Mutual Life Insurance Co. v.
Champlin, 21 Fed. 85, and Garner v. Second National Bank, 66 Fed.
369.   These were cases where a separable contest existed between the
plaintiff and one or more of the defendants, which could be fully de-
termined as between them.   No such ground is relied upon in the peti-
tion, nor is any separable controversy specified.   Smith v. Horton,
7 Fed. 270; Sharkey v. Mill Co., 92 Fed. 425; Gates Iron Works v.
J. E. Pepper Co., 98 Fed. 449.

Motion granted.